UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY LUCAS | : | CIVIL ACTION |
| | : | |
| | : | CASE NO.: 15-1522 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SERVICE BOSS, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, by and through her undersigned Counsel, files the instant Notice of Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Christine E. Burke*_____
Christine E. Burke, Esq.
3331 Street Road
Two Greenwood Sq., Ste. 128
Bensalem, PA 19020
(215) 639.0801
cburke@karpf-law.com

Dated: November 24, 2015